UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTA D. IVORY,<br><br>        Petitioner,<br><br>    v.<br><br>L. ELDRIDGE,<br><br>        Respondent. | Case No. 20-cv-04017-SI<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is dismissed without prejudice.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: July 8, 2020

_____
SUSAN ILLSTON
United States District Judge